# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| EMTA Insaat A.S. ) | ASBCA No. 59056 |
| ) | |
| Under Contract No. FA5685-12-C-0014 ) | |

APPEARANCE FOR THE APPELLANT: Mr. Mehmet Buyuksural

APPEARANCES FOR THE GOVERNMENT: Col Robert J. Preston II, USAF
   Acting Air Force Chief Trial Attorney
Capt Eric J. Singley, USAF
   Trial Attorney

## ORDER OF DISMISSAL

The government claim has been withdrawn. Accordingly, the captioned appeal is dismissed from the Board's docket with prejudice.

Dated: 29 April 2014

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59056, Appeal of EMTA Insaat A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals